IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PERVIS T. PAYNE, | ) |
| | ) |
| Plaintiff, | ) No. 3:07-CV-0714 |
| | ) Death Penalty Case |
| v | ) Judge Haynes |
| | ) |
| PHIL BREDESEN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Based upon the pending *Harbison* action, this action is ADMINISTRATIVELY CLOSED and may be reopened upon motion of either party upon the conclusion of the parallel *Harbison* action.

/s/ [signature]
WJH
6-29-10

## NOTICE OF ONGOING PROCEEDINGS IN
## <u>HARBISON</u> LETHAL INJECTION CHALLENGE, M.D.Tenn.No. 3:06-1206

This Court has stayed proceedings pending an ultimate decision in *Harbison v. Little*, M.D.Tenn.No. 3:06-1206. See R. 16. After a decision by the Sixth Circuit (Harbison v. Little, 571 F.3d 531 (6th Cir. 2009)), *Harbison* has just been remanded to the District Court. See Harbison v. Little, No. 07-6225 (6th Cir. June 1, 2010)(issuing mandate).

In *Harbison*, Judge Trauger is now considering additional matters, including matters showing that during the execution of Steve Henley in 2009, Henley was not properly anesthetized and suffered excruciating pain while conscious. See e.g., Harbison v. Ray, M.D.Tenn.No. 3:06-1206, R. 169 (Motion To Amend Complaint & Second Amended Complaint)(filed June 1, 2010)(attached as Exhibits 1 & 2.). See also Harbison, R. 169, Attachments A, B, B2, C, D & E (attached as Exhibits 3-8 to this notice); Id., R. 170 (Index of additional attachments to Harbison's Second Amended Complaint)(attached as Exhibit 9 to this notice) & Attachments F, F2, G, H, I, J, K & L (attached as Exhibits 10-17 to this notice).

Given these ongoing proceedings in *Harbison*, this Court should continue its stay of proceedings here. As Plaintiff has noted in a contemporaneously-filed motion to amend, should the